**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MICHAEL STEVEN LOPEZ CANO,

                      Petitioner,          22 **CIVIL** 7428 (AKH)

     -against-                                        **JUDGMENT**

THOMAS DECKER, Director, New York
Field Office of U.S. Immigrations and Customs
Enforcement, et al.

                      Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's order dated December 12, 2022, the petition for habeas corpus is GRANTED. Upon re-detention by ICE, Petitioner must be released unless, within seven days of such re-detention, Petitioner is found by clear and convincing evidence, proved by the Government to an Immigration Judge, that Petitioner poses a risk of flight or danger to the community; accordingly, the case is closed.

**DATED:** New York, New York
              December 13, 2022

                                                          **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                              **BY:**

                                                             **Deputy Clerk**